JOHN L. BURRIS, SB#69888
ADANTE D. POINTER, SB#236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:      (510) 839-5200
Fax:            (510)839-3882
Attorneys for Plaintiff


 JOHN A. RUSSO, City Attorney, SB#129729
RANDOLPH W. HALL, Asst. City Attorney, SB#080142
ARLENE M. ROSEN, Sr. Deputy City Attorney, SB#100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 2386392
Fax: (510) 238-6500
Email: arosen@oaklandcityattorney.org
Attorneys for Defendants


## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVARES COBB,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CITY OF OAKLAND, a municipal corporation;<br>WAYNE TUCKER in his official capacity as CHIEF<br>OF POLICE for the CITY OF OAKLAND;<br>CHRISTOPHE MARIE, individually and in his official<br>capacity as a police officer for the CITY OF<br>OAKLAND; CHRISTOPHER CARDONA,<br>individually and in his official capacity as a police<br>officer for the CITY OF OAKLAND; DOES 1-50,<br>inclusive; individually and in their official capacities as<br>police officers for the CITY OF OAKLAND,<br><br>　　　　　Defendant(s). | Case No.  C-10-02518 RS<br><br>**STIPULATION AND ORDER TO<br>CONTINUE SETTLEMENT<br>CONFERENCE** |

The parties, by and through their respective counsel, respectfully request that the Court continue the Settlement Conference currently scheduled for June 8, 2011 to a date during  the month of September 2011.

The parties are currently engaged in conducting discovery and need additional time to effectively evaluate and properly prepare their respective cases for settlement discussions.  To that end, the parties anticipate taking a limited number of depositions within the next 60 to 90 days.

In light of the foregoing, the parties, by and through their respective counsel, respectfully request the court continue the Settlement Conference currently scheduled for June 8, 2011 to a later date convenient to the court and the parties during the month of September 2011.


DATED:  May 24, 2011                          LAW OFFICES OF JOHN L. BURRIS



                                              _____/s/**Adante Pointer**_____
                                              Adante D. Pointer
                                              Attorneys for Plaintiff
                                              TAVARES COBB

DATED:  May 24, 2011                          CITY OF OAKLAND



                                              _____/s/ **Arlene M. Rosen**_____
                                              Arlene M.  Rosen
                                              Attorney for Defendants
                                              CITY OF OAKLAND, et al.

1

## ORDER

2

3      IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for June 8,

                                        Sept. 27, 2011 at 9:30 a.m. The
4   2011 before Magistrate Judge Joseph C. Spero be continued to ~~a date sometime during the month of~~

     settlement conference statements shall be due by Sept. 13, 2011.
5   ~~September 2011 or at a date mutually convenient to the parties and the court.~~

6

7

8      IT IS SO ORDERED.

9

10  Dated:_____5/27/11_____

11                              HONOR̶A̶B̶L̶E̶ ̶R̶I̶C̶H̶A̶R̶D̶ ̶S̶E̶E̶B̶O̶R̶G̶ JOSEPH C. SPERO

                            UNITED STATES ~~DISTRICT~~ COURT JUDGE
12                                        MAGISTRATE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION & ORDER TO CONTINUE SETTLEMENT CONFERENCE