**United States District Court**
For the Northern District of California

1                                            **\*E-Filed 9/28/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAVARES COBB, | No. C 10-02518 RS |
|       Plaintiff, | **ORDER TO SHOW CAUSE** |
|   v. | |
| CITY OF OAKLAND, | |
|       Defendant. | |
| _____/ | |

On March 2, 2011, the Court issued its Case Management Scheduling Order referring the parties to a settlement conference with Magistrate Judge Spero.  Pursuant to the parties' stipulation, the settlement conference was continued from June 8, 2011 to September 27, 2011.  As the parties apparently indicated they would not proceed with the settlement conference, it has been vacated. Accordingly, Cobb is hereby ordered to show cause in writing why this case should not be dismissed for failure to prosecute.  His show cause response must be filed in this Court no later than **November 10, 2011**.  Cobb is further directed to appear for a show cause hearing on **November 17, 2011, at 1:30 p.m.** in Courtroom 3.  Failure to file a response or to appear at the hearing will result in dismissal of the action.

IT IS SO ORDERED.

Dated:  9/28/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE