*E-Filed 11/14/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TAVARES COBB,

    Plaintiff,

  v.

CITY OF OAKLAND, *et al.*,

    Defendants.
_____/

No. C 10-02518 RS

**ORDER CONTINUING ORDER TO SHOW CAUSE**

On September 28, 2011, the Court issued an order to show cause in writing why this case should not be dismissed for failure to prosecute. Plaintiff was directed to file a written response by November 10, 2011, and to appear at a hearing on November 17, 2011. On November 10, plaintiff's counsel filed a response stating that he had been unable to meet with plaintiff to discuss dismissal of this matter prior to the deadline due to counsel's own schedule and visiting restrictions at Santa Rita jail, where plaintiff is incarcerated. According to plaintiff's counsel, however, plaintiff will be released on November 22, 2011. The order to show cause is therefore continued to December 15, 2011, to permit plaintiff's counsel to communicate with client.

Cobb is directed to file a written response to the order to show cause by **December 8, 2011**, and to appear for a hearing on **December 15, 2011, at 1:30 p.m.** in Courtroom 3, 17th Floor, 450

Golden Gate Ave., San Francisco. Failure to file a response or to appear at the hearing will result in dismissal of this action.

  IT IS SO ORDERED.

Dated: 11/14/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE