*E-Filed 12/12/11*

**JOHN L. BURRIS,** SB#69888
**ADANTE D. POINTER,** SB#236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Fax: (510)839-3882

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVARES COBB, | Case No. C-10-02518 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO DIMSISS ACTION |
| v. | |
| CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER in his official capacity as CHIEF OF POLICE for the CITY OF OAKLAND; CHRISTOPHE MARIE, individually and in his official capacity as a police officer for the CITY OF OAKLAND; CHRISTOPHER CARDONA, individually and in his official capacity as a police officer for the CITY OF OAKLAND; DOES 1-50, inclusive; individually and in their official capacities as police officers for the CITY OF OAKLAND, | |
| Defendant(s). | |

COME NOW, TAVARES COBB, by and through his counsel, respectfully request that the Court dismiss this action with prejudice pursuant to FRCP 41(a)(1). Counsel for Plaintiff and

counsel for the Defendants have met and conferred regarding the proposed dismissal and the Defendants do not oppose dismissal of this action. Each party shall bear its own attorney's fees and costs.

DATED:  December 9, 2011                    LAW OFFICES OF JOHN L. BURRIS

                                                   /s/**Adante Pointer**
Adante D. Pointer
Attorneys for Plaintiff
TAVARES COBB

DATED:  December 9, 2011                    CITY OF OAKLAND

                                                   /s/ Arlene Rosen
Arlene Rosen
Attorney for Defendants
CITY OF OAKLAND, et al.

## ORDER

IT IS HEREBY ORDERED that this action be dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: 12/12/11

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE