*E-Filed 12/12/11*

**JOHN L. BURRIS,** SB#69888
**ADANTE D. POINTER,** SB#236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:     (510) 839-5200
Fax:              (510)839-3882

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAVARES COBB,<br><br>          Plaintiff,<br><br>      v.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER in his official capacity as CHIEF OF POLICE for the CITY OF OAKLAND; CHRISTOPHE MARIE, individually and in his official capacity as a police officer for the CITY OF OAKLAND; CHRISTOPHER CARDONA, individually and in his official capacity as a police officer for the CITY OF OAKLAND; DOES 1-50, inclusive; individually and in their official capacities as police officers for the CITY OF OAKLAND,<br><br>          Defendant(s). | Case No.  C-10-02518 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO DIMSISS ACTION |

COME NOW, TAVARES COBB, by and through his counsel, respectfully request that the

Court dismiss this action with prejudice pursuant to FRCP 41(a)(1).  Counsel for Plaintiff and

1  counsel for the Defendants have met and conferred regarding the proposed dismissal and the

2  Defendants do not oppose dismissal of this action.  Each party shall bear its own attorney's fees and

3  costs.

6  DATED:  December 9, 2011          LAW OFFICES OF JOHN L. BURRIS

8                                                             /s/**Adante Pointer**
   Adante D. Pointer
9  Attorneys for Plaintiff
   TAVARES COBB

12 DATED:  December 9, 2011          CITY OF OAKLAND

15                                                             /s/ Arlene Rosen
   Arlene Rosen
   Attorney for Defendants
16 CITY OF OAKLAND, et al.

1 ORDER

IT IS HEREBY ORDERED that this action be dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: 12/12/11

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE